# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 12-26660-RAM
Chapter 13

Carlos R Molina
Katherine Diaz
_____Debtors_____/

## OBJECTION TO CLAIM
## IMPORTANT NOTICE TO CREDITOR:
## THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Until October 7th: 51 SW 1st Ave, #1409, Miami, FL 33130
After October 7th: 301 North Miami Avenue, Rm 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 11-1 | Federal National Mtg. Assoc SunTrust Mtg, Inc. | $202,503.25 | On or about October 30, 2012, this Creditor filed a secured proof of claim with arrearages of $351.26. Debtors are paying this claim direct and outside the plan. Thus, debtors are seeking to strike the arrearage of the |

claim.

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 30th day of September, 2014 to:

Federal National Mortgage Association ("Fannie Mae")
c/o Andrew Goldberg, Esq.
Creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Seterus, Inc.
c/o Jeff Johnson, President
4460 44th Street SE, Suite D
Grand Rapids, MI 49512

Seterus, Inc.
c/o Jeff Johnson, President
14523 SW Millikan Way, ste 200
Beaverton, OR 97005

Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

SunTrust Mortgage, Inc.
c/o Sheronda Peoples, Bankruptcy Specialist
Bankruptcy Department RVW 3034
PO Box 27767 Richmond, VA 23261

SunTrust Bank
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

SunTrust Bank
c/o William H. Rogers, Jr., CEO
303 Peachtree Street NE, 30th floor
Atlanta, GA 30308

SunTrust Mortgage, Inc.
Jerome T. Lienhard II, CEO
901 Semmes Ave,
Richmond, VA 23224

SunTrust Mortgage, Inc.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:
**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez
[X]Robert Sanchez, Esq., FBN#0442161