IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

CARLOS R MOLINA AKA CARLOS
MOLINA CARLOS RAFAEL MOLINA

KATHERINE DIAZ AKA KATHERINE
MOLINA AKA KATHERINE D DIAZ
AKA KATHRYN D DIAZ AKA
KATHERINE D QUINTERO

CASE NO. 2-26660-RAM
CHAPTER 13

Debtor(s)

_____/

### RESPONSE TO OBJECTION TO CLAIM OF FEDERAL NATIONAL MORTGAGE ASSOCIATION [# 11-1]

COMES NOW, FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC., by and through its undersigned attorney and files this response to Debtor's Objection to Claim of Federal National Mortgage Association, creditor, c/o Seterus, Inc. [# 11-1] [D.E. NO. 45] and hereby states:

1. Creditor's claim is supported by law.

2. The Creditor filed a Proof of Claim 11-1 in this case on October 30, 2012. The Proof of Claim indicates that the Creditor has a secured interest in the amount of $202,503.25. The Proof of Claim further indicates arrearages in the amount of $351.26.

3. Transfer of Claim (D.E. 39) was filed on October 25, 2013 by transferor SunTrust Mortgage, Inc. noticing the court of the new transferee Federal National Mortgage Association creditor, c/o Seterus, Inc.

4. Debtor states that at the debt is being paid outside the Plan. Thus, the debtors are seeking to strike the arrearage of the claim.

5. The plan has been confirmed, wherein Debtor agrees to pay Creditor direct. Therefore, Creditor's claim should be allowed as filed with no distribution received from the Chapter 13 Plan.

5. The creditor herein is requesting a fifteen minute hearing and further notice of all proceedings in the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 13th day of October, 2014 to CARLOS R MOLINA AND KATHERINE DIAZ, 1201 W 61ST PLACE, HIALEAH, FL 33012; ROBERT SANCHEZ, ESQUIRE, 355 W 49 ST., HIALEAH, FL 33012; NANCY N. HERKERT, TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027; AND UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

/s/ Kevin A. Comer
Law Offices of Daniel C. Consuegra, P.L.
**X Kevin A. Comer/Florida Bar #55553**
   Ashley L. Sigrist/Florida Bar #95068
   Allison D. Thompson/Florida Bar #36981
   Steve D. Tran/Florida Bar #14822
   Dessa Willson/Florida Bar #66384
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor